FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2015 MAY 21 P 12: 22

UNITED STATES OF AMERICA

v.

WILLIAM CARL SANDERS, IV

CASE NO. 3:15-cr-68-J39JRK
Count 1 :   21 U.S.C. §§ 841(a)(1)
            and 841(b)(1)(C)
Forfeiture: 21 U.S.C. § 853

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about February 23, 2015, in Putnam County, in the Middle District of Florida,

WILLIAM CARL SANDERS, IV

the defendant herein, did knowingly and intentionally distribute cocaine and cocaine base, commonly known as "crack," both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1. The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeiture under Title 21, United States Code, Section 853.

2. Upon conviction of a violation of Title 21, United States Code, Section 841, the defendant shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p).

A TRUE BILL,

*[signature]*
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: *[signature]*
JULIE HACKENBERRY
Assistant United States Attorney

By: *[signature]*
KAREN GABLE
Assistant United States Attorney
Chief, Criminal Division (North)

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM CARL SANDERS, IV

## INDICTMENT

Violations:

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

A true bill,

_____
Foreperson

Filed in open court this 21st day

of May, 2015.

_____
Clerk

Bail $_____